UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ASSURANCEFORENINGEN SKULD (GJENSIDIG), :
: 08 CV _____
Plaintiff, :
: ECF CASE
- against - :
:
TORRIDON SHIPPING and SOTRAMP SHIPPING & :
TRADING, INC., :
:
:
Defendants. :
------------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: February 19, 2008
New York, NY

The Plaintiff,
ASSURANCEFORENINGEN SKULD
(GJENSIDIG),

By: _____
Patrick F. Lennon
Nancy R. Peterson
Coleen A. McEvoy
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - fax